# United States District Court

WESTERN DISTRICT OF WASHINGTON

LANCE W. BURTON

      v.

ROBERT L. HARRIS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5772BHS

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this matter be DISMISSED without prejudice.


| March 3, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

      *s/CM Gonzalez*
      Deputy Clerk